UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MAURICE ANDERSON** | **CIVIL ACTION** |
| **VERSUS** | **NO.  23-6735** |
| **STATE OF LOUISIANA, WARDEN TIM HOOPER** | **SECTION "I"(4)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Maurice Anderson's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 30th day of October, 2024.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE